MONICA-LEE
5402-NIGHT-SWIM
LAS-VGAS-NV 89113
PRO-SE

2012 FEB 13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MONICA-LEE Plaintiffs, | Case No: 2:12-CV-00136 LRH-GWF |
| vs. COUNTRY-WIDE HOME LOAN SERVICING LP | CERTIFICATE OF INTERESTED PARTIES |
| Defendants | |

CERTIFICATE OF INTERESTED PARTIES

COMES NOW MONICA-LEE and hereby state that there are no known interested parties, other than these participating in the case.

DATED this 13 day of 02 ,2011

Monica Lee
MONICA-LEE
5402-NIGHT-SWIM
LAS-VGAS-NV-89113